**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000344
16-JUN-2020
07:52 AM

NO. CAAP-19-0000344

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee, v.
TEMUULEN BAYARDELGER, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
'EWA DIVISION
(CASE NO. 1DTA-17-02227)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on June 9, 2020, is corrected as follows:

On the first page, in the second paragraph, line 4, insert the word "Supp." after the opening parenthesis and before the year "2016," so that the line reads:

(Supp. 2016).[2] On appeal, Bayadelger contends there was insufficient

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, June 16, 2020.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] Leonard, Presiding Judge, and Chan and Wadsworth, JJ.